```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4
    Attorney for Defendant
 5  Robert Brogan

 6

 7                  IN THE UNITED STATES DISTRICT COURT

 8                FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )   No. 2:08-cr-00431-MCE
                                 )
11          Plaintiff,           )   STIPULATION AND
                                 )   ORDER CONTINUING
12      v.                       )   STATUS CONFERENCE
                                 )
13  ROBERT BROGAN,               )
                                 )   Date:  4/30/09
14          Defendant.           )   Time:  9:00 a.m.
    _____)   Judge: Hon. Morrison C.
15                                          England, Jr.

16
```

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, R. Steven Lapham, Assistant United States Attorney, and counsel for defendant Robert Brogan, John R. Manning, Esq., that the status conference presently set for April 30, 2009 be continued to June 18, 2009, at 9:00 a.m., thus vacating the presently set status conference.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, the parties are engaging in further investigation as well as ongoing plea negotiations.

1

| | |
|---|---|
| 1 | The parties stipulate and agree that the interests of justice |
| 2 | served by granting this continuance outweigh the best interests |
| 3 | of the public and the defendant in a speedy trial. 18 U.S.C. § |
| 4 | 3161(h)(8)(A). |

IT IS SO STIPULATED.

Dated: April 27, 2009          /s/ John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               Robert Brogan

Dated: April 27, 2009          McGREGOR W. SCOTT
                               United States Attorney

                          by:  /s/ R. Steven Lapham
                               R. STEVEN LAPHAM
                               Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:08-cr-00431-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO CONTINUE STATUS |
| | ) | CONFERENCE |
| ROBERT BROGAN, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the April 30, 2009 status conference be continued to June 18, 2009 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation, exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to June 18, 2009.

IT IS SO ORDERED.

Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE