JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERT BROGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT BROGAN,

    Defendant.

NO. 2:08-cr-00431-MCE

JOINT REQUEST AND ORDER FOR A PRE-PLEA REPORT CALCULATING MR. BROGAN'S CRIMINAL HISTORY

Judge: Hon. Morrison C. England

The Parties, Steven Lapham, Assistant United States Attorney, and counsel for defendant Robert Brogan, John R. Manning, Esq., jointly request the Court order the United States Probation Department to draft a pre-plea report for the sole purpose of calculating defendant Robert Brogan's criminal history. Respectfully submitted,

Dated: April 21, 2009          /s/ John Manning_____
                                    JOHN R. MANNING
                                    Attorney for Defendant
                                    Robert Brogan

Dated: April 21, 2009          Lawrence Brown
                                    Acting United States Attorney

                       by:    /s/ Steven Lapham_____
                                    Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERT BROGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:08-cr-00431-MCE |
| Plaintiff, | |
| v. | ORDER FOR A PRE-PLEA REPORT CALCULATING MR. BROGAN'S CRIMINAL HISTORY |
| ROBERT BROGAN, | Judge: Hon. Morrison C. England |
| Defendant. | |

UPON GOOD CAUSE SHOWN and the joint request of the Parties, it is ordered the United States Probation Department draft a pre-plea report for the sole purpose of calculating defendant Robert Brogan's criminal History.

IT IS SO ORDERED.

DATED: April 29, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE