JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERT BROGAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ROBERT BROGAN, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) | No. CR-S-08-0431 MCE <br><br> STIPULATION AND ORDER <br> CONTINUING STATUS CONFERNCE <br><br> Date:  June 25, 2009 <br> Time:  9:00 a.m. <br> Judge: Hon. Morrison C. England, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Steven Lapham, Assistant United States Attorney, together with counsel for defendant Robert Brogan, John R. Manning, Esq., that the status conference presently set for June 25, 2009 be **continued to July 30, 2009, at 9:00 a.m.**, thus **vacating** the presently set status conference.  Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference July 30, 2009.

IT IS SO STIPULATED

Dated:  June 24, 2009        /s/ John R. Manning
                                         JOHN R. MANNING
                                         Attorney for Defendant
                                         Robert Brogan

Dated:  June 24, 2009        Lawrence G. Brown
                                         United States Attorney

                                         by: /s/ Steven Lapham
                                         STEVEN LAPHAM
                                         Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERT BROGAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) No. CR-S-08-0431 MCE
                                    )
    Plaintiff,                     ) ORDER TO
                                    )  CONTINUE STATUS CONFERNCE
v.                                  )
                                    )
ROBERT BROGAN,                      )
                                    )
    Defendant.                     )
                                    )
                                    )

    GOOD CAUSE APPEARING, it is hereby ordered that the June 25, 2009 status conference be continued to July 30, 2009 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 from the date of this order to July 30, 2009.

    IT IS SO ORDERED.

DATED: June 25, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3