JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERT BROGAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT BROGAN,<br><br>　　　　Defendant. | No. CR-S-08-0431 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE<br><br>Date:　September 10, 2009<br>Time:　9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Steven Lapham, Assistant United States Attorney, together with counsel for defendant Robert Brogan, John R. Manning, Esq., that the status conference presently set for September 10, 2009 be **continued to October 15, 2009, at 9:00 a.m.**, thus **vacating** the presently set status conference. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference October 15, 2009.

IT IS SO STIPULATED

Dated:  September 9, 2009                             /s/ John R. Manning
                                                                              JOHN R. MANNING
                                                                              Attorney for Defendant
                                                                              Robert Brogan


Dated:  September 9, 2009                            Lawrence G. Brown
                                                                              United States Attorney


                                                                              by: /s/ Steven Lapham
                                                                              STEVEN LAPHAM
                                                                              Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERT BROGAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-08-0431 MCE |
| Plaintiff, | ) |
| | ) ORDER TO |
| v. | ) CONTINUE STATUS CONFERNCE |
| ROBERT BROGAN, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the September 10, 2009 status conference be continued to October 15, 2009 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to October 15, 2009.

DATED: September 14, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE