JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERT BROGAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT BROGAN,

Defendant.

No. CR-S-08-0431 MCE

STIPULATION AND ORDER CONTINUING STATUS CONFERNCE

Date: October 15, 2009
Time: 9:00 a.m.
Judge: Hon. Morrison C. England, Jr.

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Steven Lapham, Assistant United States Attorney, together with counsel for defendant Robert Brogan, John R. Manning, Esq., that the status conference presently set for October 15, 2009 be **continued to November 5, 2009, at 9:00 a.m.**, thus **vacating** the presently set status conference. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference November 5, 2009.

IT IS SO STIPULATED

Dated: October 13, 2009

/s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Robert Brogan

Dated: October 13, 2009

Lawrence G. Brown
United States Attorney

by: /s/ Steven Lapham
STEVEN LAPHAM
Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERT BROGAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BROGAN,<br><br>Defendant. | No. CR-S-08-0431 MCE<br><br>ORDER TO<br>CONTINUE STATUS CONFERNCE |

GOOD CAUSE APPEARING, it is hereby ordered that the October 15, 2009 status conference be continued to November 5, 2009 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to November 5, 2009.

DATED: October 13, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE