JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERT BROGAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT BROGAN,<br><br>　　　　Defendant. | No. CR-S-08-0431 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING TRIAL CONFIRMATION<br><br>Date:　January 28, 2010<br>Time:　9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Steven Lapham, Assistant United States Attorney, together with counsel for defendant Robert Brogan, John R. Manning, Esq., that the trial confirmation hearing presently set for January 28, 2010 be **continued to February 10, 2010, at 9:00 a.m. for a change of plea**, thus **vacating** the presently set trial confirmation hearing.  Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically while a plea agreement has been reached, more time is necessary to work out the details) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the change of plea February 10, 2010.

1

IT IS SO STIPULATED

Dated:  January 26, 2010                           /s/ John R. Manning
                                                  JOHN R. MANNING
                                                  Attorney for Defendant
                                                  Robert Brogan


Dated:  January 26, 2010                          Lawrence G. Brown
                                                  United States Attorney


                                                  by: /s/ Steven Lapham
                                                  STEVEN LAPHAM
                                                  Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERT BROGAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   No. CR-S-08-0431 MCE
                                 )
        Plaintiff,                )
                                 )   ORDER TO
                                 )    CONTINUE TRIAL CONFIRMATION
v.                                )
                                 )
ROBERT BROGAN,                    )
                                 )
        Defendant.                )
                                 )

      GOOD CAUSE APPEARING, it is hereby ordered that the January 28, 2010 trial confirmation hearing be continued to February 10, 2010 at 9:00 a.m. for a change of plea. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to February 10, 2010.

      IT IS SO ORDERED.

DATED: January 26, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3