UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,                              No. 2:08-cr-00431-MCE

      Plaintiff,

  v.                                        **ORDER REGARDING SENTENCING MEMORANDA**

ROBERT BROGAN,

      Defendant.
_____/

    If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 p.m., seven (7) calendar days in advance of the date set for judgment and sentencing.  Any response thereto shall be filed on or before 3:00 p.m., (3) calendar days in advance of the date set for judgment and sentencing.  The parties are cautioned that if any sentencing memoranda is filed late, the judgment and sentencing date may be vacated and the matter continued.

    IT IS SO ORDERED.

Dated: September 7, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE