JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERT BROGAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT BROGAN,<br><br>    Defendant. | No. 2:08-cr-00431-MCE<br><br>STIPULATION AND ORDER CONTINUING SENTENCING<br><br>Date:  December 2, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Steven Lapham, Assistant United States Attorney, together with counsel for defendant Robert Brogan, John R. Manning, Esq., that the sentencing presently set for December 2, 2010 be **continued to December 16, 2010, at 9:00 a.m.**, thus **vacating** the presently set sentencing date. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically more time is needed to negotiate a settlement) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of sentencing December 16, 2010.

1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED

Dated:  November 30, 2010             /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Robert Brogan

Dated:  November 30, 2010             Benjamin B. Wagner
United States Attorney


by: /s/ Steven Lapham
STEVEN LAPHAM
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the December 2, 2010 sentencing date be continued to December 16, 2010 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to December 16, 2010.

DATED: November 30, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com