JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERT BROGAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00431-MCE |
| Plaintiff, | ) ) ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) ) | CONTINUING SENTENCING |
| | ) | Date:  January 27, 2011 |
| ROBERT BROGAN, | ) ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) ) ) ) ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Steven Lapham, Assistant United States Attorney, together with counsel for defendant Robert Brogan, John R. Manning, Esq., that the sentencing presently set for January 6, 2011 be **continued to January 27, at 9:00 a.m.**, thus **vacating** the presently set sentencing date. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically more time is needed to negotiate a settlement) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of sentencing January 27, 2011.

IT IS SO STIPULATED

Dated: January 4, 2011                    /s/ John R. Manning
                                          JOHN R. MANNING
                                          Attorney for Defendant
                                          Robert Brogan


Dated: January 4, 2011                    Benjamin B. Wagner
                                          United States Attorney


                                          by: /s/ Steven Lapham
                                          STEVEN LAPHAM
                                          Assistant United States Attorney

                          ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the January 6, 2011 sentencing date be continued to January 27, 2011 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to January 27, 2011.

DATED: January 13, 2011

                                          _____
                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE